# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A grey, "molle" style backpack, with a pair of "Spyder"<br>brand black gloves attached to them,<br>located in the Western District of Missouri | ) ) ) ) ) ) Case No. 19-SW-00086-JTM |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Missouri _____
*(identify the person or describe the property to be searched and give its location)*:

A grey, "molle" style backpack, with a pair of "Spyder" brand black gloves attached to them, hereafter referred to as Subject Backpack.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
controlled substances, including by not limited to heroin, drug paraphernalia, drug ledgers, cellular telephones, firearms, and United States currency.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 27, 2019 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable John T. Maughmer _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 03/18/2019 11:24 am

*Judge's signature*

City and state: Kansas City, Missouri

Honorable John T. Maughmer, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-SW-00086-JTM | 3/18/19 12:37 pm | DEU Property and Evidence Unit |

Inventory made in the presence of: Forensic Specialist II Michelle Nordyke

Inventory of the property taken and name of any person(s) seized:

- pair of gloves clipped to backpack
- shirt
- pair of socks
- magnifying glass
- Extreme charger
- folding knife
- earbuds
- toilet paper
- iPod
- zippered bag
- toiletries
- small tools
- elastic band
- key
- pens/pencils
- cigarette lighter
- rolls of duct tape
- quarter
- pennies
- pieces of paper w/ phone numbers
- hand written letter
- LG cell phone
- pair of gloves

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/18/19

*Jennifer Walla*
Executing officer's signature

Jennifer Walla, SA
Printed name and title